UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Donnie Ellis Johnson,

    Defendant.
_____/

Criminal No.

Honorable

Violations:
18 U.S.C. § 1951

Case: 2:21−cr−20411
Assigned To : Tarnow, Arthur J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 6/21/2021
Description: INFO USA v. JOHNSON(SO)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES

### COUNT ONE
### 18 U.S.C. § 1951 - Interference with Commerce by Robbery

On or about March 25, 2019, in the Eastern District of Michigan, defendant, Donnie Ellis Johnson, attempted to obstruct, delay and affect commerce, and the movement of articles and commodities in such commerce, by robbing Victim #1, in that Johnson took and attempted to take controlled substances and United States currency from the person or presence of Victim #1, against Victim #1's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to Victim #1's person; in violation of Title 18, United States Code, Section 1951.

## **FORFEITURE ALLEGATION**

1. Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set for in this Information.

2. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

SAIMA S. MOHSIN
Acting United States Attorney


*s/Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent & Organized Crime Unit


Dated: June 21, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number:<br>2:21-cr-20411 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:**  *s/ Craig Wininger* |

**Case Title:** USA v. Donnie Ellis Johnson

**County where offense occurred:** Wayne

**Offense Type:** Felony

Information -- based upon prior complaint [**Case number:** 20-mj-30459]

**Superseding Case Information**

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

| June 21, 2021 | *s/ Craig Wininger* |
|---|---|
| Date | Craig F. Wininger<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226<br>craig.wininger@usdoj.gov<br>(313) 226-9569<br>Bar #: P57058 |

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.